IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk  
Therese Lindblom, Court Reporter  
Tom Destito, Probation Officer  

Date: April 20, 2007

Criminal Action No. 06-cr-00481-EWN

*Parties:* *Counsel:*

UNITED STATES OF AMERICA, David Conner

    Plaintiff,

v.

1. JERRY MOSER, Edward Pluss

    Defendant.

---

### SENTENCING MINUTES

---

**10:00 a.m.** Court in session.

**Defendant pled guilty on February 2, 2007, to Count 1 of the Indictment.**

**ORDERED: 1.** **Defendant's Motion to Allow Late Filing of Motion for Departure and a Request for Variance of Guideline Sentence Pursuant to 18 U.S.C. § 3553(a) (#17, filed April 19, 2007) is GRANTED.**

**ORDERED: 2.** **Government's Motion Regarding Acceptance of Responsibility (#18, filed April 19, 2007) is GRANTED.**

Mitigation statement by Mr. Pluss.

Statement by Defendant.

Statement by Mr. Conner.

Court's findings.

*Sentencing Minutes*
*06-cr-00481-EWN*
*Judge Edward W. Nottingham*
*Page 2 of 4*

**ORDERED: 3.**     **No fine is imposed.**

**ORDERED: 4.**     **Defendant's Motion for Departure and/or Request for Variance of Guideline Sentence Pursuant to 18 U.S.C. § 3553(a) (#16, filed April 19, 2007) is DENIED.**

**ORDERED: 5.**     **Defendant is imprisoned for a term of fifty-seven months.**

The court recommends a facility in Colorado for service of sentence. The court further recommends that defendant be considered for participation in the Residential Drug Abuse Program.

**ORDERED: 6.**     **Upon release from imprisonment, defendant shall be placed on supervised release for a period of three years.**

**ORDERED: 7.**     **Within seventy-two hours of his release from the custody of the Bureau of Prisons, defendant will report in person to the probation office in the district in which he is released.**

**ORDERED: 8.**     **Conditions of supervised release are:**

  **a.** **Defendant is to observe all of the standard conditions of supervised release.**

  **b.** **Defendant is not to possess any firearm, destructive device or any other dangerous weapon as defined by federal or state statute.**

  **c.** **Defendant is not to illegally possess or use controlled substances.**

  **d.** **Defendant is to submit to one drug test within 15 days of his release and two other periodic tests, as directed by the probation officer.**

  **e.** **Defendant is not to commit a federal, state, or local crime.**

  **f.** **Defendant shall cooperate in the collection of DNA as directed by the probation officer.**

  **g.** **If defendant does not have a viable residence upon his release from custody, he will reside in a residential re-entry center for**

                **a period of up to six months and will follow the rules of the facility.**

        **h.**      **Defendant shall participate in a program of testing and treatment for drug abuse, as directed by the probation officer, until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant shall be required to pay the costs of treatment as directed by the probation officer.**

        **i.**      **Defendant shall participate in a program for mental health treatment, as directed by the probation officer, until he is released from that program by the probation officer. He shall pay all costs of such treatment. The court authorizes the probation officer to release to the treatment agency all psychological reports and/or the pre-sentence report, for continuity of treatment.**

        **j.**      **Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless he is in compliance with all periodic payment obligations imposed pursuant to the court's judgment and sentence.**

**ORDERED: 9.**    **Defendant shall make restitution payments in the total amount of $3,766.10. It is to be satisfied no later than when the term of supervision expires. It is due and payable during the term of incarceration. Any unpaid balance is to be paid during the term of supervision in either a lump sum or in equal monthly installments, commencing thirty days after release from a term of imprisonment to a term of supervised release. The interest requirement is waived.**

**ORDERED: 10.**    **Defendant shall pay a special assessment fee of $100 due immediately.**

**ORDERED: 11.**    **Plea agreement is accepted.**

Defendant is advised of his right to appeal.

Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**10:24 a.m.**    Court in recess.

*Sentencing Minutes*
*06-cr-00481-EWN*
*Judge Edward W. Nottingham*
*Page 4 of 4*

Hearing concluded.

Total time in court:     00:24