**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 06-cr-00481-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JERRY MOSER,

    Defendant.

---

### MINUTE ORDER[1]

---

On September 19, 2011, the court was contacted by counsel to set a Supervised Release Hearing. After conferring with counsel and by agreement of all,

**IT IS ORDERED** as follows:

1. That a Hearing re Revocation of Supervised Release is set for **November 18, 2011, at 2:30 p.m.**, at which counsel and the defendant shall appear without further notice or order; and

2. That to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the appearance of the defendant.

Dated: September 19, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.