**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 06-cr-00481-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. JERRY MOSER,

      Defendant.

**MINUTE ORDER**[1]

At the oral request of the probation department, and with the agreement of the parties, the revocation of supervised release hearing set for November 18, 2011, is **VACATED** and is **RESET** to **November 2, 2011**, at 10:00 a.m.

      Dated:  October 11, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.